Decided June 26, 1995

STATE OF CONNECTICUT *v.* PEARLIE ALFORD

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 180 (AC 11826), is denied.

*William Holden,* public defender, in support of the petition.

*Donald A. Browne,* state's attorney, in opposition.

Decided June 26, 1995

STATE OF CONNECTICUT *v.* WILLIAM PATTERSON

The state of Connecticut's petition for certification for appeal from the Appellate Court, 37 Conn. App. 801 (AC 10752/10855), is granted, limited to the following issues:

"1. Whether criminal defendants have a federal constitutional right to a presentence investigation report at sentencing.

"2. Whether the defendant waived any right to a presentence investigation report.

"3. Whether the defendant suffered harm from the lack of a presentence investigation report."

The Supreme Court docket number is SC 15289.

*James M. Ralls,* assistant state's attorney, in support of the petition.

Decided June 26, 1995